# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | | Sitting Judge if Other than Assigned Judge | Jantz |
|---|---|---|---|
| CASE NUMBER | 18 GJ 779 | DATE | APRIL 20, 2022 |
| CASE TITLE | U.S. v. BECKY LOUISE SUTTON | | |

FILED 04/20/2022 DB
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

DOCKET ENTRY TEXT

### Grand Jury Proceeding

The Grand Jury for SPECIAL APRIL 2021 the Session, a quorum being present, returns the above-entitled indictment in open Court this date before

Judge or Magistrate Judge _Betty W. Jantz_

THE GOVERNMENT REQUESTS THAT THE CLERK'S OFFICE ISSUE A SUMMONS ORDERING THAT THE DEFENDANT SELF-SURRENDER AND APPEAR FOR AN INITIAL APPEARANCE/DETENTION HEARING TO BE SCHEDULED BY THE COURT. IF THE DEFENDANT FAILS TO APPEAR ON THE SCHEDULED DATE AGREED TO BY THE GOVERNMENT AND HER COUNSEL, THE GOVERNMENT WILL REQUEST THAT A BENCH WARRANT BE ISSUED AND THAT THE DEFENDANT BE TRANSPORTED IN CUSTODY TO THIS DISTRICT FOR INITIAL APPEARANCE/DETENTION HEARING.

SIGNATURE OF JUDGE _____ (ONLY IF FILED
or MAGISTRATE JUDGE                           UNDER SEAL)

Courtroom Deputy Initials: ajo