# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                            Case Number:      22CR234

USA V. BECKY SUTTON

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

(In the space below, enter the name of the party or parties being represented)

Becky Sutton

| | |
|---|---|
| NAME (Type or print) Gal Pissetzky | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)        /s/Gal Pissetzky | |
| FIRM    Pissetzky Law | |
| STREET ADDRESS   35 E. Wacker Dr, Suite 1980 | |
| CITY/STATE/ZIP   Chicago IL 60601 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)   6271556 | TELEPHONE NUMBER   847-736-7756 |

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N")   Y

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N")   N

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N")   Y

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N")   Y

IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE.

 RETAINED COUNSEL        X             APPOINTED COUNSEL