#### IN THE UNITED STATES DISTRICT COURT FOR THE
#### NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| United States of America ) | |
| Plaintiff ) | Case No: 22 CR 234 |
| v. ) | |
| ) | Judge: Maria Valdez |
| ) | |
| Becky Louise Sutton ) | |
| Defendant ) | |

### ORDER

Initial appearance and arraignment hearing held on 5/5/22 as to Defendant Becky Louise Sutton. All parties agreed to appear telephonically. Attorney Gal Pissetzky appeared on behalf of the defendant. Kartik K. Raman appeared on behalf of the Government. The defendant acknowledges receipt of the Indictment. The defendant was advised of her rights. The Government advised the defendant of the charges pending against her and the maximum penalties. The defendant waived formal reading and entered a plea of not guilty as to all counts of the Indictment. Further dates were given: 16.1(a) conference by 5/19/22. Status hearing is set for 6/6/22 at 9:45 a.m. before Judge Feinerman. The Government and the defendant agreed to certain conditions of release. The defendant is released on a $5,000.00 secured bond. The bond is to be secured by cash, and submitted to the Clerk's Office, Dirksen Federal Building, 219 South Dearborn, 20th floor, Chicago, IL no later than 5/16/22. The defendant is to be processed by the U.S. Marshals Service in the state in which she resides. The Court's disclosure governing discovery was read in open Court. Pursuant to Rule 5(f) of the Federal Rules of Criminal Procedure, the court, with both the prosecutor and defense counsel present, confirms the government's obligation to disclose favorable evidence to the accused under *Brady v. Maryland*, 373 U.S. 83 (1963), and its progeny, and orders it to do so. Favorable evidence under *Brady* need have only some weight and includes both exculpatory and impeaching evidence. Failure to produce such evidence in a timely manner may result in sanctions, including, but not limited to, adverse jury instructions, dismissal of charges, and contempt proceedings. The Government's oral motion to exclude time is granted. Time is to be excluded from 5/5/22 to and including 6/6/22 in the interest of justice and for the filing of any pretrial motions pursuant to 18 USC§ 3161(h)(7)(A)(B) and 18 USC § 3161 (h)(1)(D). The defendant is to be released after processing. (X-T)

(T:00:30)

Date: May 5, 2022

Magistrate Judge Maria Valdez