UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>BECKY LOUISE SUTTON | No. 22 CR 234<br><br>Judge Gary Feinerman |

**FOURTH JOINT STATUS REPORT**

Pursuant to this Honorable Court's Order of September 20, 2022 [Doc. 20], the parties have conferred and are in agreement as to the following:[1]

**Procedural Background/Status**

1. On or about April 20, 2022, defendant was charged in a multi-count indictment with wire fraud, 18 U.S.C. § 1341 (Counts 1-3) and theft of funds from a bankruptcy estate, in violation of 18 U.S.C. § 153 (Counts 4-6).

2. On May 5, 2022, after an initial appearance and bond hearing was conducted by the assigned Magistrate Judge, defendant was released on a secured appearance bond, pursuant to an agreement with the Government on the conditions of release. A status hearing was scheduled for June 6, 2022.

3. On or about June 1, 2022, this Court entered an agreed protective order governing discovery.

4. On or about June 2, 2022, the parties filed their first joint status report, indicating that additional time was required for review of the discovery in this case,

---

[1] The Government apologizes for the late submission.

which is complex and voluminous, and consists of hundreds of pages of materials relating to a complex scheme to defraud that is alleged in the indictment.

5. On June 9, 2022, the Government re-produced a preliminary disclosure and other materials in the case, which consists of hundreds of pages of materials relating to the above-described scheme. Prior to that time, and several times before the indictment was returned, the Government and defense counsel discussed the case and the potential for plea trial resolution. The Government also produced an early disclosure before indictment, but not all of the materials produced in the preliminary disclosure were included.

6. On or about July 27, 2022, the parties filed their second joint status report, indicating that additional time was required for review of the discovery in this case.

7. On or about September 20, 2022, the parties filed their third joint status report, indicating that additional time was required for review of the discovery in this case.

8. At this juncture, after further discussions with his client, counsel informed the Government that his client requests a proposed plea agreement from the Government. Based on the schedule and work-commitments of the undersigned and defense counsel, the Government expects that parties will need 45 days from November 10, 2022, to finish drafting a proposed plea agreement and to determine whether this matter may be resolved pretrial.

**Joint Recommendation of the Parties**

9. At this time, the parties are not seeking a trial date and jointly propose that the Court strike the November 17, 2022, status date, and schedule the case for another status hearing in approximately 45 days, so that the parties may report on the progress of the above matters at that time and inform the Court of the status of their discussions concerning potential pretrial resolution.

10. In the meantime, the parties jointly request that time be excluded in the interest of justice, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (B)(iv), given the complexity of the case, the time needed further preparation, consideration of a draft plea agreement, and delays associated with the pandemic, among other things.

Respectfully submitted,

JOHN R. LAUSCH, JR.
United States Attorney

By: /s/ *Kartik K. Raman*
KARTIK K. RAMAN
Assistant U.S. Attorney
219 South Dearborn St., Rm. 500
Chicago, Illinois 60604
(312) 469-6026

Dated: November 11, 2022

3