UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA

v.

BECKY LOUISE SUTTON

No. 22 CR 234

Judge Mary M. Rowland

### FIFTH JOINT STATUS REPORT

Pursuant to this Honorable Court's Order of December 22, 2022 [Doc. 24], the parties have conferred and are in agreement as to the following:

#### Procedural Background/Status

1.      On or about April 20, 2022, defendant was charged in a multi-count indictment with wire fraud, 18 U.S.C. § 1341 (Counts 1-3) and theft of funds from a bankruptcy estate, in violation of 18 U.S.C. § 153 (Counts 4-6).

2.      On May 5, 2022, after an initial appearance and bond hearing was conducted by the assigned Magistrate Judge, defendant was released on a secured appearance bond, pursuant to an agreement with the Government on the conditions of release. A status hearing was scheduled for June 6, 2022.

3.      On or about June 1, 2022, this Court entered an agreed protective order governing discovery.

4.      On or about June 2, 2022, the parties filed their first joint status report, indicating that additional time was required for review of the discovery in this case, which is complex and voluminous, and consists of hundreds of pages of materials relating to a complex scheme to defraud that is alleged in the indictment.

5.     On June 9, 2022, the Government re-produced a preliminary disclosure and other materials in the case, which consists of hundreds of pages of materials relating to the above-described scheme. Prior to that time, and several times before the indictment was returned, the Government and defense counsel discussed the case and the potential for plea trial resolution. The Government also produced an early disclosure before indictment, but not all of the materials produced in the preliminary disclosure was included.

6.     On or about July 27, 2022, the parties filed their second joint status report, indicating that additional time was required for review of the discovery in this case.

7.     On or about September 20, 2022, the parties filed their third joint status report, indicating that additional time was required for review of the discovery in this case.

8.     On or about November 11, 2022, the parties filed their fourth joint status report, indicating that additional time was required for plea negotiations and the preparation of a proposed plea agreement.

9.     At this juncture, after further discussions with his client, counsel informed the Government that his client requests an additional 30 days so that the parties may continue to discuss whether this matter may be resolved pretrial via a proposed plea agreement from the Government. As of today's date, the Government has drafted a proposed plea agreement, but needs to obtain supervisory approval to

formally extend the plea offer and plea agreement to defendant. The Government expects to tender an approved plea agreement by January 27, 2023.

### Joint Recommendation of the Parties

10.    At this time, the parties are not seeking a trial date and jointly propose that the Court strike the January 19, 2023, status date, and schedule the case for another status hearing in approximately 30 days, so that the parties may report on the progress of the above matters at that time and inform the Court of the status of their discussions concerning potential pretrial resolution.

11.    In the meantime, the parties jointly request that time be excluded in the interest of justice, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (B)(iv), given the complexity of the case, the time needed further preparation, consideration of a draft plea agreement, and delays associated with the pandemic, among other things.

Respectfully submitted,

JOHN R. LAUSCH, JR.
United States Attorney

By:    /s/ *Kartik K. Raman*
KARTIK K. RAMAN
Assistant U.S. Attorney
219 South Dearborn St., Rm. 500
Chicago, Illinois 60604
Dated: January 12, 2023    (312) 469-6026

3