January 31, 2024

Honorable Judge Mary M. Rowland
United States Courthouse
219 South Dearborn Street
Chicago, IL 60604

Dear Judge Rowland,

My name is Janine Allison. I have known Becky Sutton since 1986 when she came to work at the firm I was employed.

To say that Becky was just a co-worker to me is an understatement. She was a mentor both professionally and personally. She taught me so many things that have helped throughout my life and to this day. I would not be the person I am if not for her. She has dedicated herself to helping others, like she did me, and is always putting us before herself. Becky is a beloved sister and friend.

Thank you for taking the time to learn a little more about Becky and I ask that you show leniency when determining her sentence.

*Janine Allison*
Janine Allison
132 Grace Ave.
Steger, IL 60475
(708) 642-8158

January 31, 2024

Honorable Judge Mary M. Rowland
United States Courthouse
219 South Dearborn Street
Chicago, IL  60604

Dear Judge Rowland,

My name is Mark Allison.  I have known Becky Sutton since 1986 when she started working at the same firm as my wife, Janine Allison.

Becky, my wife and I became fast friends.  She is one of the most compassionate, gentle, and selfless people I know.  Over the years, we have participated in many worthwhile fundraising events together.  She has always opened her home and heart to help anyone in need.  She has proven over and over to be a loyal and compassionate friend.

I ask respectfully that you show mercy for Becky.

*Mark Allison*
Mark Allison
132 Grace Ave.
Steger, IL  60475
(708) 642-8158

The Honorable Judge Mary Rowland:

Becky Sutton and I met through mutual friends in May 2016. She and I lived together at that time for approximately 18 months during which time I knew Becky as a caring and supportive friend.

On several of the holidays and exceptionally cold weekends, Becky would make a huge pot of bean soup and brownies. She'd box it all up in individual containers, get bottled water, napkins, and plastic silverware and take it all downtown to the homeless. I went with her once, scared me to see her pull over to people under the viaducts and ask if they were hungry and hand them food. Or her getting out of the car to bring donated,  personal hygiene items, blankets, coats, hats and gloves to areas beneath bridges. She'd been doing it for years. She always helped those who were in need.

Throughout the time I have known Becky, I have known her to be a generous and caring friend. She helped her 92-year old Aunt, who lives a few hours south of here, pay for her utilities for many years. Becky would take that Aunt from Illinois to visit her other 94-year old Aunt in Nebraska. Becky doesn't live a plush or lavish lifestyle. She lives a life of sharing.

I have not had to walk in her shoes or make the hard choices I know she's had to make. I know her life wasn't always easy. She made the decision to get out of a bad marriage with a controlling and abusive husband of many years. Becky raised a son on her own and took care of her mother and sister in their aging years through declining health and their respective passing. None of that is easy along with the many health struggles Becky tolerates.

Becky has admitted to me that she made many mistakes, including many bad decisions regarding her employment responsibilities.  She understands the consequences for her actions and deeply regrets the actions she took. She has spent many hours discussing her regrets with both her therapist and her Priest. She looks forward to getting this chapter of her life over and moving on with restitution and supervision.

I am hoping and praying for leniency.

Most Sincerely,

Michelle (Shelly) Jankuski

Connie Wilson
7307 Lake Ln.
Houston  TX  77040-3423

February 20, 2024

The Honorable Mary M. Rowland
United States Courthouse
219 S. Dearborn St.
Chicago  IL  60604

Honorable Judge Rowland:

I have known Becky Sutton since about the Spring of 1980.  That was just after the time that I met her brother.  He and I have been married since 1984 and have two grown children, and our first grandchild is due in February.  In the years that I have known Becky, I have always known her to be a kind, loving and devoted mother, grandmother, friend, sister, and sister-in-law.

While Becky and I have always had a good relationship, it has become closer in the six years since she moved to Texas.  Becky is also close to both of my children.  She has given so much of her time over the years taking care of her sister and mother through their illnesses until their deaths.  She has driven to Omaha NE several times since moving to Texas to take care of her 95-year-old aunt.  She has also travelled to Taylorville IL to take care of another aunt that is 92.  She speaks to both of them by phone regularly and shares updates with us.

While I just recently became aware of Becky's situation, she and I have talked about this some.  She has expressed great remorse for what she has done.  She has told me that she is embarrassed and ashamed and wants to do whatever she needs to do to make things right or make amends.

In closing, I ask the Court for compassion in sentencing Becky.

                                          Respectfully,

                                          *Connie Wilson*

                                          Connie Wilson

David B. Wilson
8150 South Loop E.
Houston TX 77017

February 21, 2024

The Honorable Mary M. Rowland
United States Courthouse
219 S. Dearborn St.
Chicago IL 70704

Honorable Judge Rowland:

As Becky Sutton's older brother, I probably know her better than anyone. She graduated from Auburn High School, attended S.I.U., received an associate degree from Lincoln Land Community College, moved to Chicago, married a controlling lazy man, had a son, and divorced. She bore the burden of being the wage earner for the family and raising her son alone, all the while dealing with Multiple Sclerosis. Our sister, Connie, lived with Becky, and Becky provided for, and cared for her until her death. Our mother lived with Becky, and Becky provided for, and cared for her until her death.

Our mother (one of 12 siblings) was insecure, paranoid, had low self-esteem, and administered discipline without love. She was unforgiving and guilt inducing. We were raised by a mother who would have us kids go to bed hungry rather than accept help from anyone. I left Illinois at age 19, hating my mother. I remember feeling as if I were abandoning Becky, age 9, and leaving her in a mentally abusive environment.

Forty years later, I found out from my great aunt, that my mother had been sexually assaulted by her father. When she went to her mother for comfort and protection, her mother did not believe her, and beat her and kicked her out of the house at age 16. She was taken in by the sisters of Adorers of the Blood of Christ, and she worked with the nuns at St. Vincent Hospital in Taylorville, Illinois until she met my father and married at age 18.

We never know what burdens other people carry until it is too late. I regret how I felt about my mother. I regret not knowing what was going on in Becky's life (even thou I stated: "I probably know her better than anyone"). It is difficult asking this Court for compassion for my sister, when I did not show compassion for my mother. I pray this Court has more wisdom and compassion than I. I ask God for forgiveness.

Sincerely,

*[signature: David B Wilson]*

David B. Wilson